UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. DE SOUZA, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

PULTE HOME CORPORATION, DEL WEBB HOMES; PULTE MORTGAGE; DEL WEBB HOME FINANCE; DEL WEBB MORTGAGE CORPORATION; and DOES 1-1,000, inclusive,

    Defendants.

_____/

NO. CIV. S-08-337 LKK/GGH

O R D E R

The court is in receipt of the parties' stipulation to continue the status conference and to set certain deadlines in the case. Good cause appearing, the status conference currently set for April 28, 2008 is CONTINUED to June 23, 2008 at 2:00 PM. Any motions either party seeks to file, including those noted in the stipulation, shall be filed and noticed in accordance with Local Rule 78-230. It is incumbent on counsel to contact the court's

1

1  courtroom deputy, Ana Rivas, at (916) 930-4133, sufficiently in
2  advance so as to ascertain the dates upon which law and motion will
3  be heard and to properly notice its motion for hearing.
4      IT IS SO ORDERED.
5      DATED: April 25, 2008.

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2