MILSTEIN, ADELMAN & KREGER, LLP
WAYNE S. KREGER, State Bar No. 154759
wkreger@maklawyers.com
PAUL D. STEVENS, State Bar No. 207107
pstevens@maklawyers.com
GILLIAN L. WADE, State Bar. No. 229124
gwade@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. DE SOUZA, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiffs,*<br>　v.<br><br>PULTE HOME CORPORATION, DEL WEBB HOMES; PULTE MORTGAGE; DEL WEBB HOME FINANCE; DEL WEBB MORTGAGE CORPORATION, and DOES 1-1,000, inclusive<br><br>　　　　　*Defendants.* | Case No. 2:08-CV-00337 LKK-GGH<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff JOSEPH A. DE SOUZA ("plaintiff") and defendants sued as PULTE HOME CORPORATION, DEL WEBB HOMES, INC., PULTE MORTGAGE LLC, DEL WEBB HOME FINANCE, AND DEL WEBB MORTGAGE LLC[1] (collectively, "defendants") submit the following Joint Stipulation and request that the Court grant plaintiff leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

---

[1] Plaintiffs improperly named certain defendants in their Complaint. Specifically, Pulte Mortgage LLC was improperly sued as "Pulte Mortgage;" Del Webb Homes, Inc. was improperly sued as "Del Webb Homes;" Del Webb Mortgage LLC was improperly sued as "Del Webb Mortgage Corporation;" and Del Webb Home Finance is not a corporation, but a trade name for Pulte Mortgage LLC. These misnomers, however, are not material to this stipulation.

PDF created with pdfFactory trial version www.pdffactory.com

1. Plaintiff filed his complaint on December 4, 2007 in Placer County Superior Court;

2. On February 13, 2008, defendants removed plaintiff's complaint to the Eastern District of California;

3. On February 20, 2008, defendants filed and served their answer to plaintiff's complaint;

4. The parties have met and conferred regarding the allegations contained in plaintiff's proposed First Amended Complaint;

**NOW, THEREFORE,** the parties hereby stipulate and request that the Court grant plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

**IT IS SO STIPULATED.**

Dated: May 12, 2008          By   /S/ Paul Stevens

Paul D. Stevens, Esq.
Milstein, Adelman & Kreger, LLP|MAK
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| Dated: May 12, 2008 | By:   /S/ Susanne N. Geraghty |

GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

GOODWIN PROCTER LLP
Thomas M. Hefferon (admitted *pro hac vice*)
Brooke E. McDonough (admitted *pro hac vice*)
Barbara E. Rutkowski (admitted *pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:  202-346-4000
Facsimile:   202-346-444

Attorneys for Defendants PULTE HOME CORPORATION, DEL WEBB HOMES, INC., PULTE MORTGAGE LLC, DEL WEBB HOME

2800 Donald Douglas Loop North
Santa Monica, CA 90405

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff is granted leave to file the First Amended Complaint, which is attached hereto as Exhibit A.

Dated: May 13, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com