GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

GOODWIN PROCTER LLP
Thomas M. Hefferon (admitted *pro hac vice*)
Barbara E. Rutkowski (admitted *pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-346-4000
Facsimile: 202-346-444

Attorneys for Defendants
PULTE HOME CORPORATION;
PULTE HOMES, INC.; DEL WEBB
HOMES; DEL WEBB
CALIFORNIA CORP.;
MARQUETTE TITLE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. DE SOUZA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PULTE HOME CORPORATION; PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY; and DOES 4-1,000, inclusive,<br><br>*Defendants.* | Case No.  2:08-CV-0337-LKK-GGH<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Removed from Placer County Superior Court, Case No. SCV 22055** |

Plaintiff JOSEPH A. DE SOUZA ("plaintiff") and defendants PULTE HOME CORPORATION; PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY (collectively, "defendants") hereby stipulate as follows:

---

De Souza, et al. v. Pulte Home Corporation, et al. – Stipulation and [Proposed] Order Continuing Deadline to Respond to First Amended Complaint
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com

On May 15, 2008, plaintiff filed a First Amended Complaint against defendants. Pursuant to stipulation of the parties, defendants' response to the First Amended Complaint is due on Monday, June 16, 2008. Due to an unexpected power outage in defendants' counsel's office that has prevented access to counsel's computer and phone systems, the parties have agreed to extend the deadline for defendants' to respond to the First Amended Complaint to Tuesday, June 17, 2008.

The parties jointly request that the Court approve the foregoing stipulation and extend defendants' deadline to respond to the First Amended Complaint to Tuesday, June 17, 2008.

Dated:  June 13, 2008                By    /s/ Susanne N. Geraghty
                                             Susanne N. Geraghty

GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California  94111

GOODWIN PROCTER LLP
Thomas M. Hefferon
Barbara Rutkowski
901 New York Avenue, N.W
Washington, D.C. 20001

Attorneys for Defendants PULTE HOME CORPORATION; PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY

Dated:  June 13, 2008                By    /s/ Paul D. Stevens

Paul D. Stevens, Esq.
Milstein, Adelman & Kreger, LLP|MAK
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Ph: (310) 396-9600
Fx: (310) 396-9635

Attorneys for Plaintiff

De Souza, et al. v. Pulte Home Corporation, et al. – Stipulation and [Proposed] Order Continuing Deadline to Respond to First Amended Complaint
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

For good cause shown, IT IS HEREBY ORDERED that defendants' deadline to respond to the First Amended Complaint is continued to Tuesday, June 17, 2008.

Dated:  June 13, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

De Souza, et al. v. Pulte Home Corporation, et al. – Stipulation and [Proposed] Order Continuing Deadline to Respond to First Amended Complaint
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Goodwin Procter LLP**
**Three Embarcadero Center, 24th Floor**
**San Francisco, California 94111**

De Souza, et al. v. Pulte Home Corporation, et al. – Stipulation and [Proposed] Order Continuing Deadline to Respond to First Amended Complaint
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com