GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

GOODWIN PROCTER LLP
Thomas M. Hefferon (admitted *pro hac vice*)
Barbara E. Rutkowski (admitted *pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:  202-346-4000
Facsimile:   202-346-444

Attorneys for Defendants PULTE HOME CORPORATION, PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. DE SOUZA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PULTE HOME CORPORATION, PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY, and DOES 1-1,000, inclusive<br><br>*Defendants.* | Case No.   2:08-CV-0337-LKK-GGH<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>**Removed from Placer County Superior Court, Case No. SCV 22055** |

Plaintiff JOSEPH A. DE SOUZA ("plaintiff") and defendants PULTE HOME CORPORATION, PULTE HOMES, INC., DEL WEBB HOMES, DEL WEBB CALIFORNIA CORP., and MARQUETTE TITLE INSURANCE COMPANY (collectively, "Defendants") hereby stipulate as follows:

---

De Souza, et al. v. Pulte Home Corporation, et al. – Stipulation and [Proposed] Order Continuing Status Conference
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

1  On Tuesday, June 17, 2008, Defendants filed a Motion to Dismiss plaintiff's complaint, and a Motion to Dismiss or Stay Litigation Pending Arbitration Pursuant to 9 U.S.C. § 1 *et seq.* Defendants' motions are scheduled to be heard on Monday, August 11, 2008 at 10 a.m. Pursuant to stipulation of the parties, plaintiff has thirty days to file and serve any opposition, and defendants have ten days to file any reply.

In light of Defendants' pending motions, and in the interest of preserving the Court's time and resources, the parties jointly request that the Court approve the foregoing stipulation and continue the Status Conference currently scheduled for Monday, June 23, 2008, to August 11, 2008, immediately following the hearing on Defendants' pending motions.

Dated: June 19, 2008       By    /s/ Susanne N. Geraghty
                                  Susanne N. Geraghty

GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

GOODWIN PROCTER LLP
Thomas M. Hefferon
901 New York Avenue, N.W
Washington, D.C. 20001

Attorneys for Defendants PULTE HOME CORPORATION, DEL WEBB HOMES, INC., PULTE MORTGAGE LLC, DEL WEBB HOME FINANCE, AND DEL WEBB MORTGAGE LLC.

Dated: June 19, 2008       By    /s/ Paul D. Stevens

Paul D. Stevens, Esq.
Milstein, Adelman & Kreger, LLP|MAK
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Ph: (310) 396-9600
Fx: (310) 396-9635

Attorneys for Plaintiff

De Souza, et al. v. Pulte Home Corporation, et al. – Stipulation and [Proposed] Order Continuing Status Conference
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that the Status Conference currently set for Monday, June 23, 2008 is continued to August 11, 2008 following the hearing on defendants' pending motions.

Dated: June 20, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Goodwin Procter LLP**
**Three Embarcadero Center, 24th Floor**
**San Francisco, California 94111**

De Souza, et al. v. Pulte Home Corporation, et al. – Stipulation and [Proposed] Order Continuing Status Conference
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com