1  GOODWIN PROCTER LLP
   Susanne N. Geraghty (State Bar No. 218098)
2  sgeraghty@goodwinprocter.com
   Three Embarcadero Center, 24th Floor
3  San Francisco, California  94111
   Telephone: (415) 733-6000
4  Facsimile: (415) 677-9041

5  GOODWIN PROCTER LLP
   Thomas M. Hefferon (admitted *pro hac vice*)
6  Barbara E. Rutkowski (admitted *pro hac vice*)
   901 New York Avenue, N.W.
7  Washington, D.C.  20001
   Telephone:  202-346-4000
8  Facsimile:  202-346-444

9  Attorneys for Defendants PULTE
   HOME CORPORATION, PULTE
10 HOMES, INC.; DEL WEBB
   HOMES; DEL WEB
11 CALIFORNIA CORP.;
   MARQUETTE TITLE
12 INSURANCE COMPANY

13              UNITED STATES DISTRICT COURT

14          FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 JOSEPH A. DE SOUZA, individually and on       Case No.   2:08-CV-0337-LKK-GGH
   behalf of all others similarly situated,

17              *Plaintiffs,*                     **STIPULATION AND ORDER
                                                  CONTINUING HEARING AND STATUS
18        v.                                      CONFERENCE**

19 PULTE HOME CORPORATION, PULTE                  **Removed from Placer County Superior
   HOMES, INC.; DEL WEBB HOMES; DEL               Court, Case No. SCV 22055**
20 WEBB CALIFORNIA CORP.; MARQUETTE
   TITLE INSURANCE COMPANY, and DOES
21 1-1,000, inclusive

22              *Defendants.*

23

24        Plaintiff JOSEPH A. DE SOUZA ("plaintiff") and defendants PULTE HOME

25 CORPORATION, PULTE HOMES, INC., DEL WEBB HOMES, DEL WEBB CALIFORNIA

26 CORP., and MARQUETTE TITLE INSURANCE COMPANY (collectively, "Defendants") hereby

27 stipulate as follows:

28

De Souza, et al. v. Pulte Home Corporation, et al. – Stip. and [Proposed] Order Continuing Hearing & Status Conference
CASE NO. 2:08-CV-0337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com

On Tuesday, June 17, 2008, Defendants filed a Motion to Dismiss plaintiff's complaint, and a Motion to Dismiss or Stay Litigation Pending Arbitration Pursuant to 9 U.S.C. § 1 *et seq.* (collectively, the "Motions"). Defendants noticed the Motions to be heard on Monday, August 11, 2008 at 10 a.m.

Due to a scheduling conflict, the parties request that the Court continue the hearing on the Motions from August 11, 2008 to September 22, 2008 at 10:00 a.m. Pursuant to stipulation of the parties, the briefing schedule on the Motions will coincide with Local Rule 78-230(c) and (d).

The parties also request that the Court continue the Status Conference currently scheduled for Monday, August 11, 2008, to Monday, September 22, 2008 immediately following the hearing on the Motions.

Dated: June 23, 2008        By     /s/ Susanne N. Geraghty
                                     Susanne N. Geraghty

                            GOODWIN PROCTER LLP
                            Susanne N. Geraghty (State Bar No. 218098)
                            sgeraghty@goodwinprocter.com
                            Three Embarcadero Center, 24th Floor
                            San Francisco, California  94111

                            GOODWIN PROCTER LLP
                            Thomas M. Hefferon
                            901 New York Avenue, N.W
                            Washington, D.C. 20001

                            Attorneys for Defendants PULTE HOME
                            CORPORATION, DEL WEBB HOMES, INC.,
                            PULTE MORTGAGE LLC, DEL WEBB
                            HOME FINANCE, AND DEL WEBB
                            MORTGAGE LLC.

Dated: June 23, 2008        By     /s/ Paul D. Stevens

                            Paul D. Stevens, Esq.
                            Milstein, Adelman & Kreger, LLP|MAK
                            2800 Donald Douglas Loop North
                            Santa Monica, CA 90405
                            Ph: (310) 396-9600
                            Fx: (310) 396-9635

                            Attorneys for Plaintiff

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss plaintiff's complaint and Motion to Dismiss or Stay Litigation Pending Arbitration Pursuant to 9 U.S.C. § 1 *et seq* are CONTINUED to September 22, 2008 at 10:00 a.m.  IT IS FURTHER ORDERED that the Status Conference currently set for Monday, August 11, 2008 is continued to September 22, 2008 immediately following the hearing on Defendants' Motions.

Dated:   June 30, 2008.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

De Souza, et al. v. Pulte Home Corporation, et al. – Stip. and [Proposed] Order Continuing Hearing & Status Conference
CASE NO. 2:08-CV-00337-LKKGGH

PDF created with pdfFactory trial version www.pdffactory.com