UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. DE SOUZA,
individually and on
behalf of all others
similarly situated,

        Plaintiff,

    v.

PULTE HOME CORPORATION,
DEL WEBB HOMES; PULTE
MORTGAGE; DEL WEBB HOME
FINANCE; DEL WEBB MORTGAGE
CORPORATION; and DOES 1-1,000,
inclusive,

        Defendants.

_____/

NO. CIV. S-08-337 LKK/GGH

O R D E R

     Pending before the court is defendant's motion to dismiss or,

in the alternative, to dismiss or stay pending arbitration, set to

be heard on September 22, 2008. Due to court congestion, the court

CONTINUES the hearing to October 6, 2008 at 10:00 AM. The deadline

to file replies, if any, remains September 15, 2008.

////

////

1

1      The status conference set for September 22, 2008 is CONTINUED

2  to October 14, 2008 at 2:00 PM.

3      IT IS SO ORDERED.

4      DATED:  September 11, 2008.

5

6

7                                  _____
                                   LAWRENCE K. KARLTON
8                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26