UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. DE SOUZA,
individually and on behalf
of all others similarly
situated,

           NO. CIV. S-08-337 LKK/GGH

      Plaintiffs,

  v.

           O R D E R

PULTE HOME CORPORATION ,PULTE
HOMES, INC.; DEL WEBB HOMES;
DEL WEBB CALIFORNIA CORP.;
MARQUETTE TITLE INSURANCE
COMPANY and DOES 1-1,000,
inclusive,

      Defendants.
_____/

    A status conference was held in chambers on October 14, 2008. After hearing, the court orders as follows:

    1.   Plaintiffs to file a motion for class certification by March 1, 2009.

    2.   A further status conference is set for May 4, 2009 at 1:30 p.m.

////

1

1    IT IS SO ORDERED.

2    DATED: October 20, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```