GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Robert B. Bader (State Bar. No. 233165)
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

GOODWIN PROCTER LLP
Thomas M. Hefferon (admitted *pro hac vice*)
Barbara E. Rutkowski (admitted *pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:  202-346-4000
Facsimile:   202-346-444

Attorneys for Defendants
PULTE HOME CORPORATION, PULTE HOMES, INC.; DEL WEBB HOMES, INC.; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY

*[additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. DE SOUZA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PULTE HOME CORPORATION, PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY and DOES 1-1,000, inclusive<br><br>*Defendants.* | Case No. 2:08-cv-00337-LKK-GGH<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER PLAINTIFF'S SECOND OR THIRD AMENDED COMPLAINT AND ORDER**<br><br>**Judge:  Hon. Lawrence K. Karlton** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Joseph A. DeSouza ("Plaintiff") and Defendants Pulte Home Corporation, Pulte Homes, Inc., Del Webb Homes, Inc., Del Webb California Corp., and Marquette Title Insurance Company ("Defendants"), hereby stipulate and agree as follows:

A.   On November 7, 2008, Plaintiff filed a Second Amended Complaint in this case.

B.   The parties met and conferred after Defendants received the Second Amended Complaint, and agreed that Defendants' responsive pleading or motion to dismiss the Second Amended Complaint would be due on or before December 15, 2008.

C.   On December 11, 2008, Plaintiff filed a Motion for Leave to File a Third Amended Complaint.  Although Defendants anticipate opposing the motion, it leaves in some doubt the issue of what will be the operative complaint in this case.

D.   As the parties await a ruling on Plaintiff's Motion, Defendants seek to preserve their right to file a responsive pleading and, if appropriate, a motion to compel arbitration.  Defendants seek the extension to save resources, so that they will be required to respond to only one complaint, following the Court's ruling as to whether to allow the amendment.

In light of these circumstances, the parties have stipulated to extend Defendants' time to answer or otherwise plead in this case, so as to save the Court's resources and preserve the parties' respective rights.

Consequently, Plaintiff and Defendants hereby STIPULATE and AGREE as follows:

1.   Defendants' time to file a responsive pleading to Plaintiff's Second Amended Complaint is extended up to and including 30 days following the Court's ruling on Plaintiff's Motion for Leave to File a Third Amended Complaint.

PDF created with pdfFactory trial version www.pdffactory.com

2. In the event Plaintiff is granted leave to file a Third Amended Complaint, Defendants' time to file a responsive pleading also is extended up to and including 30 days following the Court's ruling granting such leave.

Dated: December 15, 2008

**Attorneys for Plaintiff:**

By    /s/ Joshua H. Haffner
MILSTEIN, ADELMAN & KREGER LLP
Wayne S. Kreger
wkreger@maklawyers.com
Paul D. Stevens
pstevens@maklawyers.com
2800 Santa Monica, California 90405

KABATECK BROWN KELLNER, LLP
Brian S. Kabateck
bsk@kbklawyers.com
Joshua H. Haffner
jhh@kbklawyers.com
644 S. Figueroa Street
Los Angeles, California 90017

**Attorneys for Defendants:**

By    /s/ Robert B. Bader
GOODWIN PROCTER LLP
Susanne N. Geraghty
sgeraghty@goodwinprocter.com
Robert B. Bader
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California  94111

GOODWIN PROCTER LLP
Thomas M. Hefferon
thefferon@goodinwprocter.com
Barbara E. Rutkowski
brutkowski@goodwinprocter.com
901 New York Avenue, N.W.
Washington, D.C. 20001

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

De Souza, et al. v. Pulte Home Corporation, et al. – STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S SECOND OR THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER
CASE NO. 2:08-cv-00337-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that:

1. Defendants' time to file a responsive pleading to Plaintiff's Second Amended Complaint is extended up to and including 30 days following the Court's ruling on Plaintiff's Motion for Leave to File a Third Amended Complaint.

2. In the event Plaintiff is granted leave to file a Third Amended Complaint, Defendants' time to file a responsive pleading also is extended up to and including 30 days following the Court's ruling granting such leave.

Dated: December 16, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Goodwin Procter LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

De Souza, et al. v. Pulte Home Corporation, et al. – STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S SECOND OR THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER
CASE NO. 2:08-cv-00337-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com