GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

GOODWIN PROCTER LLP
Thomas M. Hefferon (admitted *pro hac vice*)
Barbara E. Rutkowski (admitted *pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-346-4000
Facsimile: 202-346-444

Attorneys for Defendants PULTE HOME CORPORATION, PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART A. DALIE, III; REENA L. DALIE, CHARLES DEFRENZO, LOUISE DEFRENZO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PULTE HOME CORPORATION, PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY and DOES 1-1,000, inclusive<br><br>*Defendants.* | Case No. 2:08-CV-0337-LKK-GGH<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE DEADLINE TO SUBMIT JOINT STATEMENT** |

Plaintiffs STEWART A. DALIE, III, REENA L. DALIE, CHARLES DEFRENZO, and LOUISE DEFRENZO (collectively, "plaintiffs") and defendants PULTE HOME CORPORATION, PULTE HOMES, INC., DEL WEBB HOMES, DEL WEBB CALIFORNIA CORP., and MARQUETTE TITLE INSURANCE COMPANY (collectively, "defendants") submit the following Joint Stipulation and [Proposed] Requesting an Extension of Time to Submit a Joint Statement:

On April 2, 2009, Magistrate Judge Hollows issued an order directing the parties to submit a refined joint statement regarding the parties' discovery dispute within ten days of the date of the order. The deadline for submitting the refined joint statement is Thursday, April 16, 2009.

The parties have diligently met and conferred in an effort to resolve their discovery dispute without the need for further court intervention. The parties have been able to reach agreement on many issues, but need additional time to try to resolve the remaining issues. As a result, the parties jointly request that the court amend its order to require the parties to submit a joint statement by Tuesday, April 21, 2009.

Dated: April 16, 2009            By      /s/ Joshua H. Haffner

Joshua H. Haffner, Esq.
Kabateck Brown Kellner LLP
644 S. Figueroa Street
Los Angeles, California 90017
Ph: (213) 217-5000
Fx: (213) 217-5010

Attorneys for Plaintiffs


Dated: April 16, 2009            By      /s/ Susanne N. Geraghty
                                         Susanne N. Geraghty

GOODWIN PROCTER LLP
Susanne N. Geraghty (State Bar No. 218098)
sgeraghty@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

GOODWIN PROCTER LLP
Thomas M. Hefferon (admitted *pro hac vice*)
Barbara E. Rutkowski (admitted *pro hac vice*)
901 New York Avenue, N.W
Washington, D.C. 20001

Attorneys for Defendants PULTE HOME CORPORATION, PULTE HOMES, INC., DEL WEBB HOMES, DEL WEBB CALIFORNIA CORP., and MARQUETTE TITLE INSURANCE COMPANY

# ORDER

Having considered the joint stipulation submitted by counsel requesting an extension of time to submit a joint statement pursuant to the court's April 2, 2009 Order, IT IS HEREBY ORDERED that the request is GRANTED. The Court's April 2, 2009 Order is hereby amended to require the parties to submit a joint statement by Tuesday, April 21, 2009.

Dated: April 17 , 2009         /s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
United States Magistrate Judge

Dalie.eot

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111