IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART A. DALIE, III, et al.,

        Plaintiffs,                   CIV. NO. S-08-0337 LKK GGH

   vs.

PULTE HOME CORPORATION, et al.,

        Defendants.               ORDER
_____/

        In light of the district court's April 29, 2009 order staying this action, that portion of this court's order issued April 3, 2009, which directed the parties to meet and confer on the merits of the discovery at issue and file a refined joint statement, is vacated.

DATED: May 5, 2009

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076/Dalie0337.vac

1