

**FILED**

SEP 16 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEWART A. DALIE; et al., | No. 09-80107 |
| Petitioners, | D.C. No. 2:08-cv-00337-LKK<br>Eastern District of California, |
| v. | Sacramento |
| PULTE HOME CORPORATION; et al., | ORDER |
| Respondents. | |

Before: TASHIMA and N.R. SMITH, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

ec/MOATT