UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART A. DALIE, III;
REENA L. DALIE; CHARLES
DEFRENZO; LOUISE DEFRENZO,
individually and on
behalf of all others
similarly situated,

        NO. CIV. S-08-337 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

PULTE HOME CORPORATION,
PULTE HOMES, INC.; DEL
WEBB HOMES; DEL WEBB
CALIFORNIA CORP.; MARQUETTE
TITLE INSURANCE COMPANY, and
DOES 4-1,000, inclusive,

    Defendants.
/

    Plaintiff's "Stipulation" for voluntary dismissal, with "each party ... to bear its own fees and costs" (Dkt No. 108), and purportedly filed pursuant to Fed. R. Civ. P. 41(a)(1), is signed only by counsel for plaintiffs. The court notes that defendants have filed an answer to the original complaint, a motion to strike the class allegations of the third amended complaint, and have otherwise appeared and litigated this action.

1

1 　　　　Accordingly, the "stipulation" is **DENIED WITHOUT PREJUDICE** to
2 its renewal as a proper stipulation, "signed by all parties who
3 have appeared."  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii).  The court
4 does not doubt plaintiffs' representation that "[a]ll parties" have
5 agreed to the stipulation.  The proper way to signify this
6 agreement however, is by including the signature(s) of defendants'
7 counsel on the stipulation.
8 　　　　IT IS SO ORDERED.
9 　　　　DATED:  November 2, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

2