UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART A. DALIE, III; REENA L. DALIE; CHARLES DEFRENZO; LOUISE DEFRENZO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PULTE HOME CORPORATION; PULTE HOMES, INC.; DEL WEBB HOMES; DEL WEBB CALIFORNIA CORP.; MARQUETTE TITLE INSURANCE COMPANY; and DOES 4 through 1000, inclusive,<br><br>Defendants. | CASE NO. 2:08-CV-00337-LKK-GGH<br>Hon. Lawrence Karlton<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

In consideration of the parties' stipulation, IT IS HEREBY ORDERED that

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil procedure;

2. Each party will bear its own attorneys' fees and costs;

3. Each party waives the right to any appeal.

Dated: May 31, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT